# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING CO., INC., | ) ) ) ) Case No. 10-CV-00187 |
| Plaintiff, | ) ) |
| v. | ) ) |
| BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC and SCHILLER GROUNDS CARE, INC., | ) ) ) ) |
| Defendant. | ) ) |

## INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER PRECLUDING DEPOSITION OF ATTORNEY DENNIS THOMTE

Plaintiff Exmark Manufacturing Co., Inc. submits the following evidence in support of its Motion for Protective Order Precluding Deposition of Attorney Dennis Thomte:

INDEX      DESCRIPTION

    A.    Declaration of Matthew J. Goggin (Goggin Decl.);

    1.    Goggin Decl. Ex. 1, U.S. Patent 5,987,863 ("the '863 patent"), entitled "Lawn Mower Having Flow Baffles and Removable Mulching Baffles";

    2.    Goggin Decl. Ex. 2, Notice of Deposition of Dennis Thomte dated December 21, 2010;

3. Goggin Decl. Ex. 3, letter from Exmark's counsel J. Derek Vandenburgh to Schiller's counsel Kadie M. Jelenchick dated January 3, 2011;

4. Goggin Decl. Ex. 4, letter from Schiller's counsel Kadie M. Jelenchick to Exmark's counsel J. Derek Vandenburgh dated January 10, 2011;

5. Goggin Decl. Ex. 5, detailed information from the website of the United States Patent and Trademark Office, www.uspto.gov, relating to patent attorney Dennis L. Thomte;

6. Goggin Decl. Ex. 6, U.S. Patent 5,845,475 ("the '475 patent"), entitled "Lawn Mower Having Flow Control Baffles and Removable Mulching Baffles";

7. Goggin Decl. Ex. 7, Petition to Make Special Under 37 CFR 1.102(d) filed with the PTO seeking expedited prosecution of the '475 patent due to infringement of the pending claims;

8. Goggin Decl. Ex. 8, Petition to Make Special Under 37 CFR 1.102(d) filed with the PTO seeking expedited prosecution of the '863 patent due to infringement of the pending claims; and

9. Goggin Decl. Ex. 9, Protective Order entered by this Court, on March 8, 2002, precluding the deposition of Dennis Thomte in relation to the '863 patent, in *Toro Co. v Scag Power Equipment, Inc.*, No. 8:01CV279 (D. Neb. Mar. 8, 2002).

| | |
|---|---|
| Dated:  January 28, 2011 | s/Matthew J. Goggin |

                                                          J.Derek Vandenburgh (admitted *pro hac vice*)
Matthew J. Goggin (admitted *pro hac vice*)
Joseph W. Winkels (admitted *pro hac vice*)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Phone:  612-436-9600
Fax:  612-436-9605
dvandenburgh@ccvl.com
mgoggin@ccvl.com
jwinkels@ccvl.com

Jill Robb Ackerman (No. 17623)
BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102-2068
Phone:  402-636-8263
Fax:  402-344-0588
jrackerman@bairdholm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

| | |
|---|---|
| Andre R. Barry | Kadie M. Jelenchick |
| Cynthia J. Franecki | Marc A. Cohn |
| J. Derek Vandenburgh | Matthew J. Goggin |
| Matthew M. Wolf | Jill R. Ackerman |
| Tara A. Stingley | John P. Passarelli |
| Trenten P. Bausch | Joseph W. Winkels |

s/ Matthew J. Goggin
Matthew J. Goggin