# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING CO., INC., ) | |
| ) | 8:10CV187 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BRIGGS & STRATTON POWER ) | |
| PRODUCTS GROUP, LLC and ) | |
| SCHILLER GROUNDS CARE, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Stipulated and Joint Motion for Order Extending Time for Mediation, (Filing No. 96). The motion is granted.

**IT IS ORDERED** the court amends its February 18, 2011, Mediation Reference Order (Filing No. 87) as follows:

Plaintiff and Defendant Schiller Grounds Care, Inc. are given until no later than **April 26, 2011**, to utilize the private mediation services of Mr. Michael Warnecke.

All other aspects of the Court's previous Order shall remain unchanged.

DATED this 22nd day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge