IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EXMARK MANUFACTURING COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV187 |
| v. | ) ) | ORDER |
| BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, and SCHILLER GROUNDS CARE, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on May 31, 2011.

**IT IS ORDERED:**

1. **On or before June 15, 2011**, the parties shall file and exchange opening briefs on claim construction. The parties shall exchange evidence in support of claim construction and file a joint Index of such evidence.

2. **On or before July 15, 2011**, the parties shall file and exchange responsive briefs. The parties shall exchange evidence in support of their response and shall file a joint Index of such evidence unless previously filed in paragraph 1 above.

3. A *Markman* hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska, U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, commencing at **9:00 a.m. on September 1, 2011**.

4. **Planning Conference**. Within ten working days following the court's ruling on claim construction, the plaintiff shall initiate a telephone planning conference with all parties and the undersigned magistrate judge in order to schedule this matter to trial.

DATED this 31st day of May, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge