UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EXMARK MANUFACTURING CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 8:10CV187 |
| v. | ) ) | |
| BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC and SCHILLER GROUNDS CARE, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Court finds that the Parties, through their Joint and Stipulated Motion (Filing No. 266), have shown good cause for extending the deadline relating to completion of the deposition of Plaintiff's expert witness Melissa Bennis. Therefore,

**IT IS ORDERED:**

The Stipulated and Joint Motion for Extension of Time (Filing No. 266) is granted. The deposition of Melissa Bennis shall be completed on or before February 9, 2015.

Dated: January 16, 2015

BY THE COURT:

s/ Thomas D. Thalken
**United States Magistrate Judge**