**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **EXMARK MANUFACTURING COMPANY INC.,** | |
| **Plaintiff,** | **8:10CV187** |
| **vs.** | **ORDER** |
| **BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC and SCHILLER GROUNDS CARE, INC.,** | |
| **Defendants.** | |

This matter is before the court on the parties' Stipulated and Joint Motion for Extension of Time to File Summary Judgment Motions and Opening Brief (Filing No. 278). The court finds the parties have shown good cause for extending the deadline for filing summary judgment motions and opening briefs. Accordingly,

**IT IS ORDERED**:

The parties' Stipulated and Joint Motion for Extension of Time to File Summary Judgment Motions and Opening Brief (Filing No. 278) is granted. Summary judgment motions and opening briefs shall be filed **on or before February 17, 2015**. All other deadlines shall remain unchanged.

Dated this 9th day of February, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge