UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING CO., INC., <br><br> Plaintiff, <br> v. <br><br> BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, ET AL., <br><br> Defendant. | Case No. 10-CV-00187 |

**PLAINTIFF'S FIRST MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM PRESENTING IMPROPER ARGUMENTS, EVIDENCE, AND TESTIMONY RELATED TO CLAIM CONSTRUCTION**

Plaintiff Exmark Manufacturing Co., Inc. ("Exmark") hereby moves the Court for an order *in limine* precluding Defendant Briggs & Stratton Power Products Group, LLC ("Briggs") from presenting improper arguments, evidence, and testimony related to claim construction. Specifically, Exmark moves the Court for an order precluding Briggs from arguing and presenting evidence that its redesigned accused products do not meet the "adjacent" limitation of the '863 patent claims at issue, or presenting any other arguments and/or evidence that are inconsistent with the Court's construction of the '863 patent claims. In support of its motion, Exmark submits a brief herewith.

WHEREFORE, Plaintiff respectfully requests that the Court grant its First Motion in Limine To Preclude Defendant From Presenting Improper Arguments, Evidence, and Testimony Related to Claim Construction.

**EXMARK MANUFACTURING CO., INC.**

By its attorneys,

Dated: August 7, 2015         s/ J. Derek Vandenburgh

J. Derek Vandenburgh (admitted *pro hac vice*)
Joseph W. Winkels (admitted *pro hac vice*)
Alexander S. Rinn (admitted *pro hac vice*)
CARLSON, CASPERS, VANDENBURGH
    LINDQUIST & SCHUMAN, P.A.
225 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Phone: 612-436-9600
Fax: 612-436-9605
dvandenburgh@carlsoncaspers.com
jwinkels@carlsoncaspers.com
arinn@carlsoncaspers.com


Jill Robb Ackerman (No. 17623)
BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102-2068
Phone: 402-636-8263
Fax: 402-344-0588
jrackerman@bairdholm.com

**Certificate of Service**

I certify that on August 7, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

| | |
|---|---|
| J. Derek Vandenburgh | Marc A. Cohn |
| Matthew J. Goggin | Matthew M. Wolf |
| Joseph W. Winkels | James T. Smith |
| Jill R. Ackerman | Charles R. Wolfe |
| Amy DeWitt | Rebecca D. Ward |
| William Louden | Tara M. Marcus |
| Andre R. Barry | John P. Passarelli |

                                          s/ J. Derek Vandenburgh
                                          J. Derek Vandenburgh (admitted *pro hac vice*)
                                          Joseph W. Winkels (admitted *pro hac vice*)
                                          Alexander S. Rinn (admitted *pro hac vice*)
                                          CARLSON, CASPERS, VANDENBURGH
                                              LINDQUIST & SCHUMAN, P.A.
                                          225 South Sixth Street, Suite 4200
                                          Minneapolis, MN 55402
                                          Phone:  612-436-9600
                                          Fax:  612-436-9605
                                          dvandenburgh@carlsoncaspers.com
                                          jwinkels@carlsoncaspers.com
                                          arinn@carlsoncaspers.com