IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING COMPANY INC., | |
| Plaintiff, | **8:10CV187** |
| v. | **ORDER** |
| BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, | |
| Defendant. | |

This matter is before the court on its own motion. Pursuant to the jury verdict, the court requests briefing on the issue of willfulness damages. Accordingly,

IT IS ORDERED that:

1. The plaintiff shall file a brief addressing the issue of damages for willfulness within 14 days of the date of this order.

2. The defendant shall file a brief addressing the issue of damages for willfulness within 14 days thereafter.

Dated this 21st day of September, 2015

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge