IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> SCHILLER GROUNDS CARE, INC., <br><br> Defendant. | 8:10CV187 <br><br> ORDER |

Following a telephone conference on September 30, 2015, with counsel for the parties, concerning matters of importance in scheduling this case,

**IT IS ORDERED:**

1. The following shall apply in *Exmark v. Schiller*:

    a. **Trial Exhibits. On or before December 4, 2015,** each party shall provide opposing counsel a list of all exhibits the party expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits the party may offer only if the need arises.

    b. **Motions *in Limine*.** Any motions *in limine* shall be filed on or before **December 11, 2015**.

    c. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **December 18, 2015, at 9:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.

    d. **Trial** is set to commence, at the court's call, on **January 19, 2016**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial. Trial is tentatively scheduled for six to seven days.

Dated this 30th day of September, 2015.

                                      BY THE COURT:

                                      s/ Thomas D. Thalken  
                                     United States Magistrate Judge