IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING CO., INC., <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>BRIGGS & STRATTON POWER PRODUCTS GROUP, INC., <br><br>　　　　　　Defendant. | **8:10CV187** <br><br><br>**ORDER** |

　　　　This matter is before the Court on a Request for Transcript by a nonparty, Filing No. 608. The request for the transcript is made by a non-party, Rebecca D. Ward.  The request asks for the court reporter to transcribe the trial held on September 8-11 and September 14-18, 2015.  The request also includes voir dire, opening statements, and closing statements.  The Court notes that the trial transcripts have already been filed excluding voir dire as it was not requested by the parties. The parties have not objected to this request. The Court finds the request should be granted.

　　　　THEREFORE, IT IS ORDERED THAT:

　　　　1.　　The Request for Transcript (Filing No. 608) is granted.

　　　　2.　　The nonparty petitioner, Rebecca D. Ward, must contact court reporter Sue DeVetter at (402) 661-7309 or suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript.

　　　　3.　　The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 608.


　　　　Dated this 13th day of October, 2015

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge