## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING CO., INC., | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 10-CV-00187 |
| BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC and SCHILLER GROUNDS CARE, INC., | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS BETWEEN PLAINTIFF EXMARK AND DEFENDANT SCHILLER

**THIS MATTER** having come before the Court on the Joint Stipulated Motion for an Order Dismissing All Claims between Plaintiff Exmark Manufacturing Co., Inc. ("Exmark") and Defendant Schiller Grounds Care, Inc. ("Schiller"), the Court having reviewed the written submissions, and good cause having been shown:

**IT IS ORDERED** that the parties' joint stipulated motion is GRANTED;

**IT IS FURTHER ORDERED** that Count II against Schiller in the First Amended Complaint (Docket No. 14) and all defenses and counterclaims asserted by Schiller in the present action as set forth in Schiller's Amended Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint (Docket No. 57) are hereby dismissed with prejudice and without costs;

**IT IS FURTHER ORDERED** that nothing in this Order shall have any bearing on the currently pending case between Plaintiff Exmark and Defendant Briggs & Stratton Power Products Group, LLC.

**IT IS SO ORDERED**.

Dated: December 18, 2015             ___s/ Joseph F. Bataillon_____
                                                                                        Senior United States District Judge