IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, <br><br> Defendant. | **8:10CV187** <br><br> **ORDER** |

This matter is before the court on the parties' joint stipulation for a scheduling order, Filing No. 709. The court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the parties shall proceed according to the schedule and deadlines set forth in the stipulation (Filing No. 709).

Dated this 4th day of April, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge