UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING CO., INC., | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) ) Civ. Action No. 8:10-cv-00187-JFB-TDT |
| BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC; SCHILLER GROUNDS CARE, INC. | ) ) ) ) |
| *Defendants*. | ) ) |

**ORDER TO SUBSTITUTE PARTIES,
RELEASE SECURITY AND AMEND CASE CAPTION**

WHEREAS the parties agree that the supersedeas bond posted by Defendant Briggs & Stratton Power Products Group, LLC should be released in light of the Federal Circuit's ruling dated January 12, 2018;

WHEREAS the parties agree that, in light of the merger of Defendant Briggs & Stratton Power Products Group, LLC into Briggs & Stratton Corporation on January 1, 2017, Briggs & Stratton Corporation is responsible for any liability of Briggs & Stratton Power Products Group LLC in this case and should be substituted as a Defendant in this matter; and

WHEREAS Defendant Schiller Grounds Care, Inc. was dismissed from this case by Stipulated Order on December 18, 2015 [Docket No. 677];

THE COURT HEREBY ORDERS THAT:

1. The Clerk of the Court is directed to release the security posted by Briggs & Stratton Power Products Group, LLC on August 18, 2016 [Docket No. 704] and approved by the Court on August 26, 2016 [Docket No. 705];

2. As the successor-in-interest of Briggs & Stratton Power Products Group LLC, Briggs & Stratton Corporation is substituted in as Defendant in this action pursuant to Rule 25(c) of the Federal Rules of Civil Procedure;

3. In future filings, the case caption shall be amended to reflect Briggs & Stratton Corporation as the sole remaining Defendant in this matter.

SO ORDERED:

_____
Joseph F. Bataillon
Senior United States District Judge

Dated: April 13, 2018