IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, SCHILLER GROUNDS CARE, INC., and BRIGGS & STRATTON CORPORATION, <br><br> Defendants. | **8:10CV187** <br><br> **ORDER** |

Pursuant to the parties' Joint Stipulation for Scheduling Order Regarding Exhibit Lists and Motions *in Limine*,

IT IS ORDERED that:

On or before October 2, 2018, each party shall provide opposing counsel a list of all exhibits the party expects to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits the party may offer only if the need arises.

Any motions *in limine* shall be filed on or before October 11, 2018. The Briefs on said Motions shall be limited to 30 pages total per party. Opposition Briefs to said Motions shall be limited to 30 pages total per party and shall be filed on or before October 25, 2018. Replies to Opposition Briefs shall be limited to 20 pages total per party and shall be filed on or before November 1, 2018.

Dated this 3rd day of October, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge