IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIGGS & STRATTON CORPORATION, <br><br> Defendant. | 8:10CV187 <br><br> ORDER |

THIS MATTER having come before the Court on Plaintiff Exmark's Motion for Leave to Submit Supplemental Evidence Relating to its Motion to Reaffirm the Jury Verdict that Briggs' Infringement Was Willful ([Filing No. 803](#)). Considering the matters raised by the Court during the Pretrial Conference the Court grants the plaintiff's motion subject to any objections the defendant's may assert on or before November 2, 2018.

IT IS ORDERED that Plaintiff Exmark's Motion for Leave to Submit Supplemental Evidence Relating to its Motion to Reaffirm the Jury Verdict that Briggs' Infringement Was Willful is hereby Granted.

Dated this 19th day of October, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge