IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EXMARK MANUFACTURING COMPANY INC., | 8:10CV187 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRIGGS & STRATTON CORPORATION, | |
| Defendant. | |

This matter is before the Court on joint stipulation setting process for designating prior testimony for use at trial, Filing No. 872, filed jointly by plaintiff Exmark Manufacturing Company Inc. and defendants Briggs & Stratton Corporation.

IT IS ORDERED that the joint stipulation setting process for designating prior testimony for use at trial (Filing No. 872) is adopted in its entirety.

Dated this 6th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge