IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EXMARK MANUFACTURING COMPANY INC.,

    Plaintiff,

vs.

BRIGGS & STRATTON CORPORATION,

    Defendant.

**JUROR QUESTION A**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 DEC 18 PM 4:37
8:10CV187
OFFICE OF THE CLERK

---

Questions for Mr. Dorn:   8:10CV187

Mr. Dorn stated yesterday that due to the competing offers from Briggs, exmark was forced to reduce their prices in order to retain Brickman's business by quote: "$550 to $560".

No qualifier was provided, so presumably $550-560 per unit. ?

☐ Approximately how many units was Brickman buying from exMark at this time?

☐ Can he quantify the impact of the total loss in sales with Brickman?

★ ☑ (The jury is) We're left with no real appreciation of the magnitude of the $550 price reduction had on exmark's profitability at the time — and into the ensuing years, as Mr. Dorn indicated.

A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EXMARK MANUFACTURING COMPANY INC.,

　　　　Plaintiff,

vs.

BRIGGS & STRATTON CORPORATION,

　　　　Defendant.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 DEC 18  PM 4:37

8:10CV187  OFFICE OF THE CLERK

**JUROR QUESTION B**

8:10CV 187

Can you explain the main difference between net profit and incremental profit and why it is important to this infringment of the patent. ~~[scribbled out]~~

B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 DEC 18 PM 4:38
OFFICE OF THE CLERK

EXMARK MANUFACTURING COMPANY INC.,

Plaintiff,

vs.

BRIGGS & STRATTON CORPORATION,

Defendant.

8:10CV187

JUROR QUESTION C

## Current Questions    8:10CV187

- What was the average cost to produce said front baffle for Exmark & Briggs (for 1999 & 2004-2010)
  - Price of steel, paint, labor involved
  - What is cost vs Retail of each machine w/ said baffle?

- ☆ Can we have Ms. Bennis' first 2 slides shown/explained or provided as an exhibit?
  - The jury was unable to view these.

- How much did the other companies that Exmark sued settled for?
  - What years?
    (Scag mentioned, what about the others?)

- How much time & money went into redesign of front baffle? (Briggs)

- Have profits from infringed mowers been given to employees as bonuses of any kind? If so, how much was given?

C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 DEC 18  PM 4: 38

OFFICE OF THE CLERK

EXMARK MANUFACTURING COMPANY INC.,

  Plaintiff,

vs.

BRIGGS & STRATTON CORPORATION,

  Defendant.

8:10CV187

**JUROR QUESTION D**

## Questions   8:10CV187

① When Wenzell obtained LazerZ in 1996, (which at the time was "patent pending") were the pending patent(s) explained/pointed out/shown to him?

② Did anyone within Briggs (etc), (simplicity/Ferris) in 2000 or look into patent #'s on Lazer Z, or were they still going off assumptions (if answer to ① was "no")
  • Was it assumed the flow control baffle was the industry norm?

③ When was the mower with all 20 patent #'s obtained?

• Did Wenzell study the Exmark literature or merely glance or casually read them?
  — Did someone in marketing study them?
    ▪ Has no one pointed it out prior to lawsuit?

• Have Exmark or Briggs lost business/annual revenue as a result of the infringement lawsuit?

• Did Briggs recall & replace/fix/remove baffle on any infringing mowers, or would that put the company at more of a loss? If so, how much?

I thought he came up with the shape?

D