IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EXMARK MANUFACTURING COMPANY INC.,

Plaintiff,

vs.

BRIGGS & STRATTON CORPORATION,

Defendant.

8:10CV187

**AMENDED JUDGMENT**

Pursuant to the jury's verdict (Filing No. 914), the Memorandum and Order entered on December 21, 2018 (Filing No. 920), and the Order entered on this date,

IT IS ORDERED THAT:

1. Judgment is hereby entered in favor of plaintiff Exmark Manufacturing Company, Inc., and against defendant Briggs and Stratton Corporation, for compensatory damages in the amount of $14,380,062.24, together with prejudgment interest in the amount of $5,964,111.00, plus postjudgment interest from and after December 19, 2018, at the legal rate pursuant to 28 U.S.C. § 1961(a).

2 Judgment is hereby entered in favor of plaintiff Exmark Manufacturing Company, Inc., and against defendant Briggs and Stratton Corporation for enhanced damages under 35 U.S.C. § 284 in the additional amount of $14,380,062.24, plus postjudgment interest from and after December 19, 2018, at the legal rate pursuant to 28 U.S.C. § 1961(a), together with taxable costs.

Dated this 15th day of April 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge