# United States Court of Appeals for the Federal Circuit

---

**EXMARK MANUFACTURING COMPANY INC.,**
*Plaintiff-Appellee*

v.

**BRIGGS & STRATTON CORP.,**
*Defendant-Appellant*

---

2019-1878

---

Appeal from the United States District Court for the District of Nebraska in No. 8:10-cv-00187-JFB-CRZ, Senior Judge Joseph F. Bataillon.

---

## MANDATE

---

In accordance with the judgment of this Court, entered October 6, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 4, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court