# United States Court of Appeals
# for the Federal Circuit

---

**EXMARK MANUFACTURING COMPANY INC.,**

*Plaintiff-Appellee*

**v.**

**BRIGGS & STRATTON CORP.,**

*Defendant-Appellant*

---

2019-1878

---

Appeal from the United States District Court for the District of Nebraska in No. 8:10-cv-00187-JFB-CRZ, Senior Judge Joseph F. Bataillon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

October 6, 2020          /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court