IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EXMARK MANUFACTURING COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRIGGS & STRATTON CORPORATION, <br><br> Defendant. | **8:10CV187** <br><br> **ORDER** |

Pursuant to the mandate filed in this case (Filing No. 975), the stay of execution is hereby lifted.

Dated this 10th day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge