IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EXMARK MANUFACTURING COMPANY, INC. | ) ) ) | Case No.  8:10cv187 |
| Plaintiff, | ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| BRIGGS & STRATTON CORPORATION, | ) ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 10, 2020 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits from September 8-18, 2015; October 21-22, 2015;

and December 11-18, 2018

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   December 11, 2020

BY THE COURT


s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15